FRED M. BLUM, ESQ. (SBN 101586)
fblum@eghblaw.com
WILLIAM NOEL EDLIN, ESQ. (SBN 107796)
nedlin@eghblaw.com
**EDLIN GALLAGHER HUIE + BLUM**
601 Montgomery Street, Suite 1100
San Francisco, CA 94111
Telephone:  (415) 397-9006
Facsimile:  (415) 397-1339

KRISTA MACNEVIN JEE, ESQ. (SBN 198650)
kmj@jones-mayer.com
**JONES MAYER**
3777 N. Harbor Blvd.
Fullerton, CA 92835
Telephone:  (714) 446-1400
Facsimile:  (714) 446-1448

Attorneys for Defendants CITY OF FORT BRAGG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| SIERRA NORTHERN RAILWAY, a California corporation, and MENDOCINO RAILWAY, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FORT BRAGG, et al.,<br><br>Defendants. | Case No.: 4:24-cv-04810-JST<br><br>**JOINT STIPULATION TO SET ASIDE DEFAULT AND [PROPOSED] ORDER**<br><br>Case Filed: August 7, 2024 |

---

Case No. 4:24-ev-04810 JST
JOINT STIPULATION TO SET ASIDE DEFAULT AND [PROPOSED] ORDER
1

Plaintiffs SIERRA NORTHERN RAILWAY and MENDOCINO RAILWAY and Defendant CITY OF FORT BRAGG (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On August 4, 2025, Plaintiffs filed a Third Amended Complaint ("TAC") against Defendant in the United States District Court for the Northern District of California.

2. Defendant did not file an answer or otherwise respond to the TAC within the time prescribed by the Federal Rules of Civil Procedure.

3. As a result, a default was entered against Defendant on September 9, 2025.

4. The Parties have conferred and agreed to set aside the default entered against Defendant.

5. Defendant agrees to file an answer to the TAC within 10 court days from the date of the Court's order approving this stipulation.

6. The Parties agree that good cause exists to set aside the default, as Defendant's failure to respond was due to inadvertence resulting from the attorney handling the day-to-day matters in the above captioned matter leaving Edlin Gallagher Huie + Blum.

7. Setting aside the default will not prejudice Plaintiff and will allow the case to be decided on its merits.

8. The Parties respectfully request that the Court approve this stipulation and enter an order setting aside the default against Defendant.

1  Date:    October 8, 2025          WEINTRAUB TOBIN CHEDIAK COLEMAN
2                                    GRODIN
3
4                                    By: _____
5                                        DAVID A. DIEPENBROCK
                                         Attorneys for Defendants
6                                        SIERRA NORTHERN RAILWAY and
                                         MENDOCINO RAILWAY
7
8  Date:    October 8, 2025          EDLIN GALLAGHER HUIE + BLUM
9
10                                   By: _____
11                                       FRED M. BLUM
                                         WILLIAM NOEL EDLIN
12                                       Attorneys for Defendants
                                         CITY OF CORT BRAGG
13
14  Date:   October 8, 2025          JONES MAYER
15
16
17                                   By: _____
                                         KRISTA MACNEVIN JEE
18                                       Attorney for Defendant
                                         CITY OF FORT BRAGG
19
20
21
22
23
24
25
26
27
28

Case No. 4:24-ev-04810 JST
JOINT STIPULATION TO SET ASIDE DEFAULT AND [PROPOSED] ORDER
3

# [PROPOSED] ORDER

1. Upon consideration of the stipulation between Plaintiffs SIERRA NORTHERN RAILWAY and MENDOCINO RAILWAY and Defendant City of Fort Bragg, and for good cause shown, IT IS HEREBY ORDERED that:

2. Defendants shall file an answer to Plaintiff's Third Amended Complaint within 10 court days from the date of this order.

IT IS SO ORDERED.

Date:_____, 2025

_____
Honorable John S. Tigar