UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA NORTHERN RAILWAY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FORT BRAGG,<br><br>Defendant. | Case No. 24-cv-04810-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ADMONISHING COUNSEL** |

This case was set for case management on November 18, 2025. The parties filed a case management statement on November 12, 2025. ECF No. 56. The statement did not comply with Civil Local Rule 16-9, which requires that the parties' case management statement address all of the topics set forth in the Standing Order for All Judges of the Northern District of California— Contents of Joint Case Management Statement, including "[p]roposed dates for designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference and trial." Instead, the parties said only,

> The Parties have stipulated that the Expert Witness Disclosure deadline should be set for 120 days before trial, with rebuttal reports due 45 days before trial. Other than those modifications, the Parties have no other proposed modifications to the standard time frames specified in the Federal Rules of Civil Procedure.

They did not specify any particular deadlines or dates.

On November 13, 2025, at the parties' request, the Court continued the case management conference to January 27, 2026 and ordered the parties to file a case management statement on January 20, 2026. ECF No. 57. Because of the deficiencies in the parties' November 12 case management statement, the Court also ordered them to comply with Civil Local Rule 16-9, quoting the relevant portions of that rule and the Northern District's Standing Order recited above.

*Id.*

The parties' January 20, 2026 statement does not comply with the Court's November 13 order.  ***Instead, it merely repeats verbatim the deficient language from their November 12 case management statement.***

The January 27, 2026 case management conference is continued to February 10, 2026 at 2:00 p.m.  An updated joint case management statement is due February 3, 2026.  The parties are once again ordered to provide the information required by the local rules and the Court's November 13 order.  That means they must provide actual dates.  For example, the parties might propose that trial begin on July 19, 2027.  Or they might propose an earlier or later date—so long as it is a definite date.

Further failure to comply with the Court's November 13, 2025 order will result in the issuance of an order to show cause.

**IT IS SO ORDERED.**

Dated:  January 26, 2026

_____
JON S. TIGAR
United States District Judge