UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA NORTHERN RAILWAY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FORT BRAGG,<br><br>Defendant. | Case No. 24-cv-04810-JST<br><br>**SCHEDULING ORDER** |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Updated case management statement due | December 8, 2026 |
| Further case management conference | December 15, 2026 at 2:00 p.m. |
| Deadline to add parties or amend the pleadings[1] | February 26, 2027 |
| Fact discovery cut-off | April 21, 2028 |
| Mediation deadline | Completed |
| Expert disclosures | June 2, 2028 |
| Dispositive motion hearing deadline | June 29, 2028 |

---

[1] After this deadline, a party may still seek amendment, but must demonstrate good cause. Fed. R. Civ. P. 16(b)(4).

| Event | Deadline |
|---|---|
| Expert rebuttal | June 30, 2028 |
| Expert discovery cut-off | August 11, 2028 |
| Pretrial conference statement due | September 1, 2028 |
| Pretrial conference | September 8, 2028 at 2:00 p.m. |
| Trial | October 2, 2028 at 8:00 a.m. |
| Estimate of trial length (in days) | 20 |

This case will be tried to a jury.

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at https://cand.uscourts.gov/judges/tigar-jon-s-jst/.

The Court has set a dispositive motion deadline which allows enough time for the Court to consider any such motions well in advance of trial. The parties should assume that any subsequent continuance of the dispositive motion deadline, or any enlargement of the dispositive motion briefing schedule beyond that set forth in Civil Local Rule 7-3, will result in a continuance of the pretrial conference and trial dates of equal or greater length.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm. Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert, or attorney that conflicts with the above trial date as good cause to

/ / /

/ / /

/ / /

/ / /

1  grant a continuance.  The Court will not consider the pendency of settlement discussions as good
2  cause to grant a continuance.
3  **IT IS SO ORDERED.**
4  Dated:  February 10, 2026



JON S. TIGAR
United States District Judge