UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIERRA NORTHERN RAILWAY, et al.,

          Plaintiffs,

    v.

CITY OF FORT BRAGG,

          Defendant.

Case No. 24-cv-04810-JST

**ORDER RE PROPOSED PROTECTIVE ORDER**

Re: ECF No. 65, 66

On June 22, 2026, Plaintiffs' counsel submitted a proposed protective order. ECF No. 65. The proposed protective order bore Defendant's counsel's signature, which Plaintiffs' counsel represented she had been authorized to affix. *Id.* at 12.

On June 23, Defendant filed an objection to the proposed order. ECF No. 66. Defendant's counsel stated:

> Plaintiffs' counsel filed the [protective order] knowing Defendant does not agree to all the terms and conditions set forth in the PO. Defendant's counsel, Bessy Shi stated in her email to Plaintiffs' counsel on June 12, 2026 that Defendant requested Plaintiffs to incorporate the additional changes proposed by Defendant's private counsel[.]

*Id.* at 1.

By July 2, 2026, the parties shall file either a jointly stipulated protective order or competing proposed orders. If they file competing proposed orders, the parties shall also file a joint brief of not more than five pages explaining why the Court should select one proposal instead of the other.

/ / /

/ / /

By July 2, 2026, Plaintiff's counsel Anna Marcroft shall respond in writing to the allegation that she affixed opposing counsel's signature to the proposed order at ECF No. 65 without opposing counsel's permission.

**IT IS SO ORDERED.**

Dated:  June 25, 2026



JON S. TIGAR
United States District Judge