UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA NORTHERN RAILWAY, et al., | Case No. 24-cv-04810-JST |
| Plaintiffs, | |
| v. | **ORDER RE PROTECTIVE ORDER AND PENDING DISCOVERY** |
| CITY OF FORT BRAGG, | Re: ECF No. 65, 69 |
| Defendant. | |

The Court will sign the protective order at ECF No. 65 because both parties agreed to it. The May 28, 2026, 4:35 p.m. email from Bessy Shi to Annie Marcroft is dispositive of that issue.

Pursuant to the same agreement, Defendant City of Fort Bragg will produce the 2014 letter from Defendant to third-party Georgia-Pacific, LLC, by July 8, 2026.

**IT IS SO ORDERED.**

Dated:  July 6, 2026



JON S. TIGAR
United States District Judge

United States District Court
Northern District of California